UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NEAL WILLIAMSON, <br>     Plaintiff, <br> vs. <br> MARY FLAVAN, et al., <br>     Defendants. | Case No. CV 08-3635-R (JWJ) <br><br> **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER** |

    On January 9, 2009, defendant Mary Flavan filed "Defendant's Notice of Motion and Motion to Dismiss Civil Rights Complaint" ("Motion to Dismiss").

    Plaintiff was instructed, in this Court's March 12, 2009 Minute Order, to file a Response to the Motion to Dismiss on or before March 26, 2009.

    To date, Plaintiff has not filed a Response to the Motion to Dismiss. Thus, it appears that plaintiff has failed to comply with this Court's March 12, 2000 Minute Order.

///

///

///

# ORDER

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

(1) Within **twenty-one (21) days from the date of this Order** plaintiff shall file either an opposition or non-opposition to defendant's Motion to Dismiss; and

(2) The Court Clerk is ordered to serve this Order to Show Cause and defendant's Motion to Dismiss upon plaintiff at his last known address.

If plaintiff fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: April 10, 2009

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge

- 2 -