# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL WILLIAMSON,<br><br>        Plaintiff,<br><br>      v.<br><br>MARY FLAVAN, Ph.D, M.D.,<br><br>        Defendant. | Case No. CV 08-3635-R (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT IS ORDERED that: (1) defendant's motion to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED:   September 21, 2009

                                        MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE