# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL WILLIAMSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MARY FLAVAN, Ph.D, M.D.,<br><br>        Defendant. | Case No. CV 08-3635-R (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 21, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE